UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL BELVIN, and MICHAEL MAYERS

                Plaintiffs,

      -against-

ELECTCHESTER MANAGEMENT, LLC,

             Defendant(s).

**FINAL JURY VERDICT FORM
17-CV-6303 (NGG) (MMH)**

## PART I: HOSTILE WORK ENVIRONMENT CLAIMS UNDER TITLE VII, § 1981, AND THE NYSHRL

A. **Plaintiff Michael Belvin**

1. Has Plaintiff Belvin proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

   Yes _✓_ No ___

   ➢ If you answered "No," disregard all further questions and proceed to Part I(B).

   ➢ If you answered "Yes," proceed to question 2.

2. Has Plaintiff Belvin proven by a preponderance of the evidence that he suffered a hostile work environment, i.e., sufficiently severe and pervasive to alter the terms and conditions of his employment by creating an abusive working environment?

   Yes _✓_ No ___

   ➢ If you answered "No," disregard all further questions and proceed to Part I(B).

   ➢ If you answered "Yes," proceed to question 3.

3. Has Plaintiff Belvin proven by a preponderance of the evidence that the conduct which created a hostile work environment was because of his membership in the protected category, i.e., because of his race?

   Yes _✓_ No ___

   ➢ If you answered "No," disregard all further questions and proceed to Part I(B).

1

> ➤ **If you answered "Yes," proceed to question 4.**

4. Has Plaintiff Belvin proven by a preponderance of the evidence that the creation of a hostile work environment was due to the harassment by a supervisor?

   Yes___ No___ ✓

> ➤ **If you answered "No," proceed to question 5.**

> ➤ **If you answered "Yes," proceed to question 6.**

5. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester or high-ranking officials had actual knowledge of the conduct that created a hostile work environment, or should have known about the conduct, and did nothing to stop it?

   Yes ✓ No___

   **If you answered "No" to both questions 4 and 5, disregard all further questions and proceed to Part I(B).**

   **If you answered "Yes," proceed to question 6.**

6. Has Electchester proven by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct the harassing conduct?

   Yes___ No ✓

> ➤ **If you answered "No," proceed to question 7.**

> ➤ **If you answered "Yes," proceed to question 7.**

7. Has Electchester proven by a preponderance of the evidence that Plaintiff Belvin unreasonably failed to take advantage of any preventive or corrective opportunities provided by Electchester or otherwise unreasonably failed to avoid harm?

   Yes___ No ✓

> ➤ **If you answered "No," proceed to question 8.**

> ➤ **If you answered "Yes" to both of questions 6 and 7, disregard all further questions and proceed to Part I(B).**

8. Has Plaintiff Belvin proven by a preponderance of evidence that he actually experienced emotional distress as the result of the hostile work environment?  *Yes*

> ➤ **If you answered "No," disregard all further questions and proceed to Part**

2

I(B).

➤ If you answered "Yes," proceed to question 9.

9. What amount of actual damages, if any, do you award to Plaintiff Belvin for his hostile work environment claim?

$ _O_

➤ Proceed to question 10.

10. What amount of compensatory damages, if any, do you award to Plaintiff Belvin for his hostile work environment claim?

$ _25,000.00_

➤ Proceed to question 11.

11. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester violated his rights and acted with malice or reckless indifference to those rights?

➤ If you answered "No," disregard all further questions and proceed to Part I(B).

➤ If you answered "Yes," proceed to question 12.

12. What amount of punitive damages, if any, do you award to Plaintiff Belvin for his hostile work environment claim?

$ _500,000.00_

➤ Proceed to Part I(B).

B. **Plaintiff Michael Mayers**

13. Has Plaintiff Mayers proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

Yes _✓_ No___

➤ If you answered "No," disregard all further questions and proceed to Part II.

➤ If you answered "Yes," proceed to question 14.

14. Has Plaintiff Mayers proven by a preponderance of the evidence that he suffered a hostile work environment, i.e., sufficiently severe and pervasive to alter the terms

3

and conditions of his employment by creating an abusive working environment?

Yes___ No ✓

> If you answered "No," disregard all further questions and proceed to Part II.

> If you answered "Yes," proceed to question 15.

15. Has Plaintiff Mayers proven by a preponderance of the evidence that the conduct which created a hostile work environment was because of his membership in the protected category, i.e., because of his race?

Yes___ No___

> If you answered "No," disregard all further questions and proceed to Part II.

> If you answered "Yes," proceed to question 16.

16. Has Plaintiff Mayers proven by a preponderance of the evidence that the creation of a hostile work environment was due to the harassment by a supervisor?

Yes___ No___

> If you answered "No," proceed to question 17.

> If you answered "Yes," proceed to question 18.

17. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester or high-ranking officials had actual knowledge of the conduct that created a hostile work environment, or should have known about the conduct, and did nothing to stop it?

Yes___ No___

If you answered "No" to both questions 16 and 17, disregard all further questions and proceed to Part II.

If you answered "Yes," proceed to question 18.

18. Has Electchester proven by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct the harassing conduct?

Yes___ No___

> If you answered "No," proceed to question 19.

4

> If you answered "Yes," proceed to question 19.

19. Has Electchester proven by a preponderance of the evidence that Plaintiff Mayers unreasonably failed to take advantage of any preventive or corrective opportunities provided by Electchester or otherwise unreasonably failed to avoid harm?

Yes___ No___

> If you answered "No," proceed to question 20.

> If you answered "Yes" to both of questions 18 and 19, disregard all further questions and proceed to Part II.

20. Has Plaintiff Mayers proven by a preponderance of evidence that he actually experienced emotional distress as the result of the hostile work environment?

> If you answered "No," disregard all further questions and proceed to Part II.

> If you answered "Yes," proceed to question 21.

21. What amount of actual damages, if any, do you award to Plaintiff Mayers for his hostile work environment claim?

$_____

> Proceed to question 22.

22. What amount of compensatory damages, if any, do you award to Plaintiff Mayers for his hostile work environment claim?

$_____

> Proceed to question 23.

23. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester violated his rights and acted with malice or reckless indifference to those rights?

> If you answered "No," disregard all further questions and proceed to Part II.

> If you answered "Yes," proceed to question 24.

24. What amount of punitive damages, if any, do you award to Plaintiff Mayers for his hostile work environment claim?

$_____

> ➢ Proceed to Part II.

**PART II: RACE DISCRIMINATION (DISPARATE TREATMENT) CLAIMS UNDER TITLE VII, § 1981, AND THE NYSHRL**

**A.** <u>Plaintiff Belvin</u>

25. Has Plaintiff Belvin proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

Yes √ No___

> ➢ If you answered "No," disregard all further questions and proceed to Part II(B).

> ➢ If you answered "Yes," proceed to the question 26.

26. Has Plaintiff Belvin proven by a preponderance of the evidence that he was qualified to perform the essential functions of his position as a porter?

Yes √ No___

> ➢ If you answered "No," disregard all further questions and proceed to Part II(B).

> ➢ If you answered "Yes," proceed to question 27.

27. Has Plaintiff Belvin proven by a preponderance of the evidence that he suffered an adverse employment action?

Yes___ No √

> ➢ If you answered "No," disregard all further questions and proceed to part II(B).

> ➢ If you answered "Yes," proceed to question 28.

28. Has Plaintiff Belvin proven by a preponderance of the evidence that the adverse employment action occurred in circumstances giving rise to an inference of discrimination?

Yes___ No___

> ➢ If you answered "No," disregard all further questions and proceed to Part II(B).

> ➢ If you answered "Yes," proceed to the question 29.

6

29. Has Electchester presented a legitimate, non-discriminatory business reason for its employment action?

Yes___No___

> If you answered "No," proceed to question 31.

> If you answered "Yes," proceed to question 30.

30. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester's reasons for its employment action were a pretext for intentional race discrimination, i.e., that discrimination was at least a motivating factor in the decision?

Yes___No___

> If you answered "No," disregard all further questions and proceed to Part II(B).

> If you answered "Yes," proceed to question 31.

31. Has Plaintiff Belvin proven by a preponderance of the evidence that the adverse employment action was due to the harassment by a supervisor?

Yes___No___

> If you answered "No," proceed to question 32.

> If you answered "Yes," proceed to question 33.

32. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester or high-ranking officials had actual knowledge of the conduct causing the adverse employment action, or should have known about the conduct, and did nothing to stop it?

Yes___No___

If you answered "No" to both questions 31 and 32, disregard all further questions and proceed to Part I(B).

If you answered "Yes," proceed to question 33.

33. Has Electchester proven by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct the discriminatory conduct?

Yes___No___

7

> ➢ If you answered "No," proceed to question 35.

> ➢ If you answered "Yes," proceed to question 34.

34. Has Electchester proven by a preponderance of the evidence that Plaintiff Belvin unreasonably failed to take advantage of any preventive or corrective opportunities provided by Electchester or otherwise unreasonably failed to avoid harm?

Yes___ No___

> ➢ If you answered "No," proceed to question 355.

> ➢ If you answered "Yes" to both questions 33 and 34, disregard all further questions and proceed to Part II(B).

35. Has Plaintiff Belvin proven by a preponderance of evidence that he actually experienced pain, suffering, and emotional distress as the result of the discriminatory conduct?

> ➢ If you answered "No," disregard all further questions and proceed to Part II(B).

> ➢ If you answered "Yes," proceed to question 36.

36. What amount of actual damages, if any, do you award to Plaintiff Belvin for his race discrimination claim?

$_____

> ➢ Proceed to question 37.

37. What amount of compensatory damages, if any, do you award to Plaintiff Belvin for his race discrimination claim?

$_____

> ➢ Proceed to question 38.

38. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester violated his rights and acted with malice or reckless indifference to those rights?

> ➢ If you answered "No," disregard all further questions and proceed to Part II(B).

> ➢ If you answered "Yes," proceed to question 39.

39. What amount of punitive damages, if any, do you award to Plaintiff Belvin for his

8

race discrimination claim?

$_____

➤ **Proceed to Part II(B).**

B. **Plaintiff Mayers**

40. Has Plaintiff Mayers proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

Yes__✓__ No____

➤ If you answered "No," disregard all further questions and proceed to Part III.

➤ If you answered "Yes," proceed to the question 41.

41. Has Plaintiff Mayers proven by a preponderance of the evidence that he was qualified to perform the essential functions of his position as a porter?

Yes__✓__ No____

➤ If you answered "No," disregard all further questions and proceed to Part III.

➤ If you answered "Yes," proceed to question 42.

42. Has Plaintiff Mayers proven by a preponderance of the evidence that he suffered an adverse employment action?

Yes____ No__✓__

➤ If you answered "No," disregard all further questions and proceed to part III.

➤ If you answered "Yes," proceed to question 43.

43. Has Plaintiff Mayers proven by a preponderance of the evidence that the adverse employment action occurred in circumstances giving rise to an inference of discrimination?

Yes____ No____

➤ If you answered "No," disregard all further questions and proceed to Part III.

9

> ➢ If you answered "Yes," proceed to the question 44.

44. Has Electchester presented a legitimate, non-discriminatory business reason for its employment action?

Yes___No___

> ➢ If you answered "No," proceed to question 46.

> ➢ If you answered "Yes," proceed to question 45.

45. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester's reasons for its employment action were a pretext for intentional race discrimination, i.e., that discrimination was at least a motivating factor in the decision?

Yes___No___

> ➢ If you answered "No," disregard all further questions and proceed to Part III.

> ➢ If you answered "Yes," proceed to question 46.

46. Has Plaintiff Mayers proven by a preponderance of the evidence that the adverse employment action was due to the harassment by a supervisor?

Yes___No___

> ➢ If you answered "No," proceed to question 47.

> ➢ If you answered "Yes," proceed to question 48.

47. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester or high-ranking officials had actual knowledge of the conduct causing the adverse employment action, or should have known about the conduct, and did nothing to stop it?

Yes___No___

**If you answered "No" to both questions 46 and 47, disregard all further questions and proceed to Part I(B).**

**If you answered "Yes," proceed to question 48.**

48. Has Electchester proven by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct the discriminatory conduct?

Yes___ No___

> If you answered "No," proceed to question 50.

> If you answered "Yes," proceed to question 49.

49. Has Electchester proven by a preponderance of the evidence that Plaintiff Mayers unreasonably failed to take advantage of any preventive or corrective opportunities provided by Electchester or otherwise unreasonably failed to avoid harm?

Yes___ No___

> If you answered "No," proceed to question 50.

> If you answered "Yes" to both questions 48 and 49, disregard all further questions and proceed to Part III.

50. Has Plaintiff Mayers proven by a preponderance of evidence that he actually experienced pain, suffering, and emotional distress as the result of the discriminatory conduct?

> If you answered "No," disregard all further questions and proceed to Part III.

> If you answered "Yes," proceed to question 51.

51. What amount of actual damages, if any, do you award to Plaintiff Mayers for his race discrimination claim?

$_____

> Proceed to question 52.

52. What amount of compensatory damages, if any, do you award to Plaintiff Mayers for his race discrimination claim?

$_____

> Proceed to question 53.

53. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester violated his rights and acted with malice or reckless indifference to those rights?

> If you answered "No," disregard all further questions and proceed to Part III.

> If you answered "Yes," proceed to question 54.

11

54. What amount of punitive damages, if any, do you award to Plaintiff Mayers for his race discrimination claim?

$\_\_\_\_$

➢ **Proceed to Part III.**

## PART III: NYCHRL CLAIMS

A. **Plaintiff Belvin**

55. Has Plaintiff Belvin proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

Yes ✓ No ___

➢ **If you answered "No," disregard all further questions and proceed to Part III(B).**

➢ **If you answered "Yes," proceed to question 56.**

56. Has Plaintiff Belvin proven by a preponderance of the evidence that he was treated less well than other employees in a way that was more than trivial, insubstantial, or petty?

Yes ✓ No ___

➢ **If you answered "No," disregard all further questions and proceed to Part III(B).**

➢ **If you answered "Yes," proceed to question 57.**

57. Has Plaintiff Belvin proven by a preponderance of the evidence that he was treated less well than other employees because of a discriminatory intent or motive?

➢ **If you answered "No," disregard all further questions and proceed to Part III(B).**

➢ **If you answered "Yes," proceed to question 58.**

58. Has Plaintiff Belvin proven by a preponderance of evidence that he actually experienced emotional distress as the result of the discriminatory conduct?

➢ **If you answered "No," disregard all further questions and proceed to Part III(B).**

➢ **If you answered "Yes," proceed to question 59.**

12

59. What amount of damages, if any, do you award to Plaintiff Belvin for his NYCHRL claims?

$ 25,00 0.00

> Proceed to Part III(B).

B. **Plaintiff Mayers**

60. Has Plaintiff Mayers proven by a preponderance of the evidence that he is in the protected category, i.e., Black/African American?

Yes √ No____

> If you answered "No," disregard all further questions and proceed to Part IV.

> If you answered "Yes," proceed to question 61.

61. Has Plaintiff Mayers proven by a preponderance of the evidence that he was treated less well than other employees in a way that was more than trivial, insubstantial, or petty?

Yes____ No √

> If you answered "No," disregard all further questions and proceed to Part IV.

> If you answered "Yes," proceed to question 62.

62. Has Plaintiff Mayers proven by a preponderance of the evidence that he was treated less well than other employees because of a discriminatory intent or motive?

> If you answered "No," disregard all further questions and proceed to Part IV.

> If you answered "Yes," proceed to question 63.

63. Has Plaintiff Mayers proven by a preponderance of evidence that he actually experienced emotional distress as the result of the discriminatory conduct?

> If you answered "No," disregard all further questions and proceed to Part IV.

> If you answered "Yes," proceed to question 64.

64. What amount of damages, if any, do you award to Plaintiff Mayers for his NYCHRL

13

claims?

$_____

➢ Proceed to Part IV.

## PART IV. PLAINTIFF BELVIN'S RETALIATION CLAIMS

65. Has Plaintiff Belvin proven by a preponderance of the evidence that he engaged in protected activity, i.e. filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC")?

Yes ✓ No____

➢ If you answered "No," disregard all further questions and proceed to Part V.

➢ If you answered "Yes," proceed to question 66.

66. Has Plaintiff Belvin proven by a preponderance of the evidence that he suffered an adverse employment action?

Yes ✓ No____

➢ If you answered "No," proceed to question 67.

➢ If you answered "Yes," proceed to question 67.

67. Has Plaintiff Belvin proven by a preponderance of the evidence that Electchester took action reasonably likely to deter a person from engaging in protected activity?

Yes ✓ No____

➢ If you answered "No" to questions 66 and 67, disregard all further questions and proceed to Part V.

➢ If you answered "Yes" to either question 66 or 67, proceed to question 68.

68. Has Plaintiff Belvin proven by a preponderance of the evidence that there was a causal connection between his engagement in the protected activity and the adverse employment action or action reasonably likely to deter a person from engaging in protected activity?

Yes ✓ No____

➢ If you answered "No," disregard all further questions and proceed to Part V.

14

> ➤ If you answered "Yes," proceed to question 69.

69. Has Electchester proven by a preponderance of the evidence that it exercised reasonable care to prevent and promptly correct the retaliatory conduct?

Yes___ No _✓_

> ➤ If you answered "No," proceed to question 71.

> ➤ If you answered "Yes," proceed to question 70.

70. Has Electchester proven by a preponderance of the evidence that Plaintiff Belvin unreasonably failed to take advantage of any preventive or corrective opportunities provided by Electchester or unreasonably failed to otherwise avoid harm?

Yes___ No___

> ➤ If you answered "No," proceed to question 71.

> ➤ If you answered "Yes" to question 69 and answered "No" to question 70, disregard all further questions and proceed to Part V.

> ➤ If you answered "Yes" to questions 67, 69, and 70, proceed to question 73.

71. Has Plaintiff Belvin proven by a preponderance of evidence that he actually experienced pain, suffering, and emotional distress as the result of the retaliation?

Yes_✓_ No___

> ➤ If you answered "Yes" to question 67 and answered "No" to question 71, proceed to question 73.

> ➤ If you answered "No" to question 67 and answered "No" to question 71, disregard all further questions and proceed to Part V.

> ➤ If you answered "Yes" to question 71, proceed to question 72.

72. What amount of damages, if any, do you award to Plaintiff Belvin for his federal and state retaliation claims?

$ 50,000.00

> ➤ If you answered "Yes" to question 71, proceed to question 73.

> ➤ If you answered "No" to question 71, disregard all further questions and proceed to Part V.

15

73. What amount of damages, if any, do you award to Plaintiff Belvin for his NYCHRL retaliation claims?

$ _25,000.00_

> **Proceed to Part V.**

**PART V: MAYERS'S DISABILITY DISCRIMINATION CLAIMS**

**A. ADA**

74. Has Plaintiff Mayers proven by a preponderance of the evidence that he has a disability, i.e., a physical or mental impairment that substantially limits one or more major life activities or a record of such impairment?

Yes _✓_ No ___

> **If you answered "No," disregard all further questions and proceed to Part V(B).**

> **If you answered "Yes," proceed to question 75.**

75. Has Plaintiff Mayers proven by a preponderance of the evidence that he was otherwise qualified to perform the essential functions of his position as a porter?

Yes _✓_ No ___

> **If you answered "No," disregard all further questions and proceed to Part V(B).**

> **If you have answered "Yes," proceed to question 76.**

76. Has Plaintiff Mayers proven by a preponderance of the evidence that he suffered an adverse employment action when he was terminated?

Yes _✓_ No ___

> **If you answered "No," proceed to question 81.**

> **If you answered "Yes," proceed to question 77.**

77. Has Plaintiff Mayers proven by a preponderance of the evidence that his termination occurred under circumstances giving rise to an inference of disability discrimination?

Yes _✓_ No ___

16

> If you answered "No," disregard all further questions and proceed to question 81.

> If you answered "Yes," proceed to question 78.

78. Has Electchester presented a legitimate, non-discriminatory business reason for its decision to terminate Plaintiff Mayers?

Yes___ No_✓_

> If you answered "Yes," proceed to question 79.

> If you answered "No," proceed to question 80.

79. Has Plaintiff Mayers proven by a preponderance of the evidence that Electchester's reasons for terminating him were a pretext for intentional disability discrimination?

Yes___ No___

> If you answered "No," proceed to question 81.

> If you have answered "Yes," proceed to question 80.

80. What amount of damages, if any, do you award to Plaintiff Mayers for his disability discrimination claim for termination?

$ 100,060.00

> Proceed to question 81.

81. Has Plaintiff Mayers proven by a preponderance of the evidence that he suffered an adverse employment action due to denial of all or part of his 2014 bonus?

Yes_✓_ No___

> If you answered "No," disregard all further questions and proceed to Part V(B).

> If you answered "Yes," proceed to question 82.

82. Has Plaintiff Mayers proven by a preponderance of the evidence that the denial of all or part of his 2014 bonus occurred under circumstances giving rise to an inference of disability discrimination?

Yes_✓_ No___

17

> ➢ If you answered "No," disregard all further questions and proceed to Part V(B).

> ➢ If you answered "Yes," proceed to question 83.

83. Has Electchester presented a legitimate, non-discriminatory business reason for its decision to deny all or part of Plaintiff Mayers's bonus in 2014?

Yes___ No _✓_

> ➢ If you answered "Yes," proceed to question 84.

> ➢ If you answered "No," proceed to question 85.

84. Has Plaintiff Mayers proven to a preponderance of the evidence that the legitimate, non-discriminatory business reason for denial of bonus was a pretext?

> ➢ If you answered "Yes," proceed to question 85.

> ➢ If you answered "No," disregard all further questions and proceed to Part V(B).

85. What amount of damages, if any, do you award to Plaintiff Mayers for his disability discrimination claim?

$ _1,000,00_

> ➢ Proceed to Part V(B).

**B. NYCHRL**

86. Has Plaintiff Mayers proven by a preponderance of the evidence that he has any physical, medical, mental or psychological impairment, or a history or record of such impairment?

Yes _✓_ No___

> ➢ If you answered "No," disregard all further questions. You are done.

> ➢ If you answered "Yes," proceed to question 87.

87. Has Plaintiff Mayers proven by a preponderance of the evidence that he was otherwise qualified to perform the essential functions of his position as a porter?

Yes _✓_ No___

> ➢ If you answered "No," disregard all further questions. You are done.

18

➤ If you have answered "Yes," proceed to question 88.

88. Has Plaintiff Mayers proven by a preponderance of the evidence that he was treated less well than other, non-disabled employees?

Yes ✓ No___

➤ If you answered "No," disregard all further questions. You are done.

➤ If you answered "Yes," proceed to question 89.

89. Has Plaintiff Mayers proven by a preponderance of the evidence that he was treated less well than non-disabled employees under circumstances giving rise to an inference of disability discrimination?

Yes ✓ No___

➤ If you answered "No," disregard all further questions. You are done.

➤ If you answered "Yes," proceed to question 90.

90. What amount of damages, if any, do you award to Plaintiff Mayers for his disability discrimination claim under NYCHRL?

$ 25,000.00

➤ You are done.

DATE: _11/10_, 2022

_____
PRESIDING JUROR

19