UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

MICHAEL BELVIN and MICHAEL MAYERS,

                                      Plaintiffs,                           Docket No. 17-CV-06303

          - against -

ELECTCHESTER MANAGEMENT, LLC,

                                      Defendant.

-------------------------------------------------------------------x

## DEFENDANT'S NOTICE OF POST-TRIAL MOTION FOR AN ORDER GRANTING DEFENDANT JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(B) AND/OR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(A)

PLEASE TAKE NOTICE that Defendant ELECTCHESTER MANAGEMENT, LLC ("Electchester"), by its counsel, will hereby move this Court, at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at such time as may be designated by the Court, for the entry of an order granting Defendant's post-trial motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(B) and/or a new trial pursuant to Fed. R. Civ. P. 59(A). In support of this Motion, Electchester submits a Memorandum of Law dated November 21, 2022.

Dated:  November 21, 2022
           New York, New York

1

274523758v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDLEMAN & DICKER, LLP**

By:_____

Marielle A. Moore
Corrine Shea
*Attorneys for Defendant*
*ELECTCHESTER*
*MANAGEMENT, LLC*
150 East 42nd Street
New York, New York 10017
Ph: (212) 490-3000
Fx: (212) 490-3038
Marielle.Moore@wilsonelser.com
Corrine.Shea@wilsonelser.com
File No.: 12035.00689

TO:    **By Email and U.S. Mail**
Albert Van-Lare
The Law Offices of Albert Van-Lare
125 Maiden Lane
Suite 510
New York, NY 10038
Ph: (212) 608-1400
Fx: (877) 505-6103
vanlareesq@aol.com

2

274523758v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MICHAEL BELVIN and MICHAEL MAYERS,

|                          Plaintiffs,

- against -

ELECTCHESTER MANAGEMENT, LLC,

|                          Defendant.

------------------------------------------------------------------x

Docket No. 17-CV-06303

**CERTIFICATE OF SERVICE**

I, Marielle Moore, certify that on November 21, 2022, I caused A true copy of the within ***DEFENDANT'S NOTICE OF POST-TRIAL MOTION FOR AN ORDER GRANTING DEFENDANT JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(B) AND/OR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(A),*** to be served via PDF e-mail and First Class Mail upon:

Albert Van-Lare
The Law Offices of Albert Van-Lare
125 Maiden Lane, Suite 510
New York, NY 10038
vanlareesq@aol.com

Dated:     New York, New York
             November 21, 2022

**WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP**

By:_____
Marielle A. Moore
*Attorneys for Defendant*
*ELECTCHESTER*
*MANAGEMENT, LLC*
150 East 42nd Street
New York, New York 10017
Marielle.Moore@wilsonelser.com
File No.: 12035.00689

3