# Trial Transcript Day 3

Mundo - Direct - Moore                              530

several people out.  We were shorthanded.  We were paying overtime to cover shifts that would have otherwise been covered by the individuals.  So it came up first with this individual with Dominick Sarachi, and as I was preparing the letter for him and I said:  Do we have anybody else in this situation?  And I was told:  Yes.  Mike Mayers has not been working since -- whatever the date was, it was just at that year mark.

So the same letter that I sent to Dominick regarding us not holding his position is the same letter I sent to Mr. Mayers basically saying that we couldn't guarantee his position; however, when he's available or ready and able to come back to work, if we have a position available, he's more than welcome to come back.

Q    Did you make a mistake by sending Mr. Mayers this letter?

A    What happened was, after I sent the letter, I got a call from the business agent from Local 32BJ, and they said that the letter is premature, that Mayers was out on sick leave, or vacation, for a couple weeks before, so basically the letter was two weeks premature.  I checked with the payroll person. I was advised:  Yes, he was.  The first two weeks were covered by -- it was either vacation or sick leave, so his actual disability didn't start until two weeks later.

I got back to the union and said:  Our mistake.  My mistake.  I didn't check with payroll.  I was just told he

*Denise Parisi, RPR, CRR*
*Official Court Reporter*

Mundo - Direct - Moore                                      531

hasn't been at work since this date, which was the year, so we told him -- you know, when we receive the letter -- as soon as he got a letter -- we hadn't received anything on his medical, but after this, we then received the letter from his doctor saying that he was able to go back to work, and we put him back to work.

Q    Who at the union did you have this discussion with?

A    The business representative was -- his name was Michael India.

Q    Did anyone at Electchester Management attempt to argue with Mr. India that Mr. Mayers should not come back to work?

A    No, because once Mike called me and told me what the situation was, I checked with the payroll people -- our payroll person, and she verified that they were right, that originally the first two weeks wasn't part of disability.  He didn't start disability until after that.  He was on vacation or sick -- I don't recall if it was vacation or sick.

So, no, we acknowledged it, it was our mistake, we told him -- we withdrew the letter.  And, at that point, then he gave us a letter saying that -- from his doctor that he was fit to come back to work, and we put him back to work.  It was a couple weeks later, I believe.

Q    The Mike you spoke on the phone with was Mike India; correct?

A    Michael India, yes.  He's a business representative for

Mundo - Direct - Moore                                       532

Local 32BJ, the SEIU.

Q    So before you spoke to Mr. India, had Mr. Mayers submitted any medical clearance to come back to work?

A    No.

Q    Would Mr.  Mayers have been able to return from a disability leave without medical clearance?

A    No.

Q    Do you know how long passed from when you spoke to Mr. India and when Mr. Mayers returned to work?

A    I can tell you that it was probably a day or so from when Mike India first called me and I got back to him and said: You're right.  It was our mistake.  The letter is being rescinded.

        And I think it was probably another week or two before we got the letter from his doctor saying that he could come back to work.

Q    Do you know Juan Martinez?

A    Yes, I do.

Q    Was Juan Martinez?

A    Juan Martinez worked for Second Housing prior to Electchester Management being formed.  He was a foreman for Second Housing and basically was running a good part of Second Housing.  He, initially when Electchester Management was formed, stayed on as a foreman, but then there became issues. He basically tried to hold us up for money.  He thought that