# Defendant's Trial Exhibits



**DEFENDANT'S
EXHIBIT
D**

# ELECTCHESTER
# MANAGEMENT LLC

158-11 Harry Van Arsdale Jr. Avenue
Room 307
Flushing, New York 11365
(718) 591-2000 tel
(718) 820-0293 fax
tprezioso@electmgt.com

Thomas Prezioso
General Manager

Date: 3/10/2015
Subject: Disciplinary Action- **Written Warning**

To: David Bourgade- Third Housing Site
Mr. Bourgade, On Monday March 9th you where were not
wearing the proper attire.
Electchester MGT takes pride in the uniforms and outer wear
that we buy for our employees.
We have had many discussions about this issue and the policy.
Please take this letter and let it be a learning tool for the future.


Anthony Caiozzo
Manager
Delivered: Hand
CC: Personal File
Thomas Prezioso GM          Michael Badowski    RAB
Mike India local Union 32 BJ

FIRST HOUSING COMPANY INC · SECOND HOUSING COMPANY INC · THIRD HOUSING COMPANY INC · FOURTH HOUSING COMPANY INC · FIFTH HOUSING COMPANY INC

D004703

DEFENDANT'S EXHIBIT E



158-11 Harry Van Arsdale Jr. Avenue
Room 307
Flushing, New York 11365
(718) 591-2000 tel
(718) 820-0293 fax
tprezioso@electmgt.com

Thomas Prezioso
General Manager

Date: 3/10/2015
Subject: Disciplinary Action- **Written Warning**

To: Luis Herrera- Third Housing Site
Mr. Herrera, On Monday March 9th you where were not wearing the proper attire.
Electchester MGT takes pride in the uniforms and outer wear that we buy for our employees.
We have had many discussions about this issue and the policy.
Please take this letter and let it be a learning tool for the future.


Anthony Caiozzo
Manager
Delivered: Hand
CC: Personal File
 Thomas Prezioso GM        Michael Badowski    RAB
 Mike India local Union 32 BJ

D0047547



DEFENDANT'S EXHIBIT
S



**ELECTCHESTER MANAGEMENT LLC**

158-11 Harry Van Arsdale Jr. Avenue
Room 307
Flushing, New York 11365
(718) 591-2000 tel
(718) 820-0293 fax
tprezioso@electmgt.com

Thomas Prezioso
General Manager

Date: 3/11/2014
Subject: Disciplinary Action- Verbal Warning
To: Joe McCormick                    Hired: 1/4/11

Mr. McCormick,

    Mr. Mc Cormick, on Friday March7[th] you were not authorized by your foreman or myself to be on the property after your 7am-4pm regular schedule. You never reached out to your Forman.
You have created a safety issue for yourself and the Housing Company.
If you have another infraction, it could lead to further disciplinary action.

    Anthony Caiozzo
    Manager
    Delivered: Hand , in front of Richie Bonnette 32BJ REP.

CC: Personal File
    Thomas Prezioso GM        Michael Badowski    RAB
    Mike India local Union 32 BJ

FIRST HOUSING COMPANY INC • SECOND HOUSING COMPANY INC • THIRD HOUSING COMPANY INC • FOURTH HOUSING COMPANY INC • FIFTH HOUSING COMPANY INC

D004730

DEFENDANT'S
EXHIBIT
I



**ELECTCHESTER MANAGEMENT LLC**

158-11 Harry Van Arsdale Jr. Avenue
Room 307
Flushing, New York 11365
(718) 591-2000 tel
(718) 820-0293 fax
tprezioso@electmgt.com

Thomas Prezioso
General Manager

## Warning Letter

To:    Rufino Quintana
Date:   February 16 2018

     Mr. Quintana, on Thursday February 15th you were not authorized by your foreman or myself to be on the property after your 7am-4pm regular schedule. You never reached out to your Forman on said date. You have been verbally warned more than one time about this.
You have created a safety issue for yourself and the Housing Company.
if you have another infraction, it could lead to further disciplinary action or possible termination.

Anthony Caiozzo
Manager

Delivery:  By Hand

cc:    Tom Prezioso
      Joe Cappasso
      Mike India, Local Union 32BJ
      Michael Badowski, RAB

FIRST HOUSING COMPANY INC · SECOND HOUSING COMPANY INC · THIRD HOUSING COMPANY INC · FOURTH HOUSING COMPANY INC · FIFTH HOUSING COMPANY INC

D004728



TO:        **All Workers of Electchester Management, LLC**

FROM:    **Electchester Management, LLC**

DATE:    *Oct 28*_____, **2015**

It is apparent that some of our workers are unaware of certain duties, responsibilities, policies, and rules of conduct required by Electchester Management, LLC. Below is a compellation of duties to be performed by Porter and Maintenance personnel, respectively. Forepersons and/or Managers will be checking the buildings both during the week and on weekends. Failure to perform your duties will result in written reports, suspension and/or termination.

### Weekend and Holiday Duties for Porter Personnel

1. Cans in basement are to be emptied and the bags replaced once in the morning and again in the afternoon, each day.
2. Compactors are to be emptied and the bags replaced once in the morning and again in the afternoon, each day, except where the compactor room is on the terrace level. In these buildings, garbage will be placed in designated areas.
3. Garbage from the cans and compactors is to be placed inside the compactor room for disposal by the Porter assigned to that building on the specified day.
4. Large amounts of discarded rubbish (e.g., cleaning out an apartment when someone is moving) should be removed. When moving large or heavy articles (such as furniture or appliances) you must contact the man "on-call" for assistance.
5. Any flyers left in the first floor vestibules are to be removed.
6. Check all garbage pick-up areas for stray garbage left out over the weekend and store any such garbage appropriately.
7. Clean playground.
8. Clean garbage cans in sitting areas.
9. Check and clean debris from parking lot.

### Cleaning Duties for Porter Personnel

#### Areas to be Serviced

#### Daily

1. Mop Vestibules, lobbies and elevators (must have "Wet Floor" signs out).
2. Wipe down elevator.
3. Sweep halls stairs and landings.
4. Dust window sills and glass and entrance door glass when necessary.
5. Remove spots and markings from walls, stairs, doors, inside and outside.
6. Clean laundry rooms and remove lint from dryers.
7. Sweep basement corridors and areaways.

1

8. Inspect grounds twice daily. Sweep walks and pick up litter at 7:00 a.m., before end of shift, and as needed during the course of the day.
9. Replace bulbs where necessary with bulbs provided by management and clean fixture at the same time.
10. Report all damage, graffiti and other incidents to the Manager/Foreperson.
11. Clean compactor machine rooms.
12. Put out garbage/recycling for sanitation on pick-up days.
13. Immediately clean after sanitation truck picks up.
14. Snow and ice removal when needed, including weekends and holidays.

## Weekly

1. Wash all hall terrazzo floors and threads with cleaner provided by management to give life and luster to floors.
2. Check roofs and remove any garbage or debris, including fallen branches from trees.

## Monthly

1. Wash interior and exterior of all hall, laundry and basement door windows.
2. Sweep, clean, and remove rubbish from store rooms at the direction of the Manager/Foreperson.
3. Wash all light fixtures as needed.
4. Wash walls of compactor rooms.

## Miscellaneous

1. Clean vacant apartments as directed by Manager/Foreperson.
2. Remove snow and ice from all sidewalks and building entrances when it snows.
3. Report to management all animals that are in an apartment immediately when seen.
4. All Porters that are placed for one or more days in a building must take on all above outlined responsibilities for that building and are required to complete check-off list.
5. Manager and/or Foreperson will inspect entire premises to ensure they are kept in superior condition as well as to assign any other work deemed necessary.

## Duties for Maintenance Personnel

1. Maintenance persons on emergency duty are not allowed off-premises for any reason without prior approval from both the Foreperson and the Manager, as well as arrangement with a fellow rotation worker who is willing to take on the emergency call, keeping in mind that you will then owe him/her the time. This will not be allowed to become a common practice.
2. Maintenance persons are required to close all laundry rooms every evening beginning at 8:00 p.m. during their scheduled duty week and every playground at dusk. On weekends, Maintenance persons are required to open the laundry rooms and playgrounds beginning at 8:00 a.m. and then close the laundry rooms as scheduled and the playgrounds at dusk. Note: some housing groups may have different open and close times.

2

3. Maintenance personnel on night duty shall make note of all lights that are out or not timed correctly throughout the property and submit a written report to management if lights are out or not timed correctly.

4. Maintenance persons shall perform full maintenance and repair work, including but not limited to work under cabinets, climbing ladders, pushing snow blowers, driving tractors, work under crawl spaces properly suited up, minor electrical, minor plumbing, installing sheetrock, plastering holes, tile work, replacing windows, painting, work in the boiler rooms, work on roofs, clean up garbage and do anything else that they have been doing prior to the issuance of these work duties.

5. All Maintenance persons must fill out day/night log books and log on the Building Links program all work they performed on Electchester Management, LLC, property, as well as any other situation that happened during their duty.

6. On-duty Forepersons or Managers must make sure their cell phones are charged, working and must check voice messages.

7. On duty Maintenance personnel who answer emergency calls after 5:00p.m., or work Saturday and Sunday so as to be off on the following Thursday and Friday, shall have work tickets issued to them that must be performed during the hours of 8:00 a.m. to 5 p.m. on Saturday and Sunday.   If a bona fide emergency is called in and logged, however, then the emergency takes priority over any issued work ticket.

8. Maintenance personnel who are given an apartment in return for being on emergency on-call duty on a regular basis are not entitled to overtime or weekend pay because they are provided an apartment in lieu of any additional compensation for performing emergency on-call duty.  Maintenance personnel who are on emergency on-call duty are to answer the emergency phone after their regular workday and will have a fixed schedule  of working on Saturday and Sunday, while being off on Thursday and Friday.

Detailed below are some of the policies and rules of conduct that must be followed by all employees of Electchester Management, LLC.   These rules of conduct and policies are mandatory and failure to follow any of them may lead to progressive discipline up to and including suspension and/or termination. Please add this notice to all other prior notices you have received from management.

Management reserves the right to amend and/or modify policies and rules of conduct and will give notice of any changes to all personnel prior to the effective date.

### General Rules of Conduct and Policies for All Employees

1. Any fighting with management, co-workers, service providers or cooperators, including but not limited to verbal abuse, cursing, assault, mistreatment and harassment, will not be tolerated and may result in immediate suspension or termination.

2. Falsification, misrepresentation or omission of any employment record may be grounds for immediate suspension and/or termination.

3. Working under the influence of alcohol or any illegal drug will not be tolerated and is grounds for immediate suspension or termination.

3

4. Failure to perform your duties as outlined in corrective notices, complete work tickets, or properly maintain your assigned buildings and surrounding grounds may lead to your suspension and/or termination.

5. Excessive absenteeism, lateness, returning late from lunch, being out of your assigned work area while working or leaving early without authorization will not be tolerated and may lead to suspension and/or termination.

6. Failure to perform a task specifically requested by the Foreperson, Manager or members of the office staff is grounds for termination.

7. All breaks shall be taken at location where you are working. You will stop and take your break. You will not go home or any other location without verbal permission from the Manager or Foreperson.

8. While on company time -- except in an emergency or on your lunch break -- there will be no usage of cell phones or any other personal electronic devices such as bluetooth ear pieces, ipods, or headphones. Working and talking on the cell phone or making use of other electronic devises is a dangerous distraction. All bona fide work-related emergencies can be called into 1-718-591-3200/3636/4242/0330/6303 and we will call you on your radio communicator. This applies to listening, speaking or texting on your cell phone.

9. No one shall use a recording or photographic device of any kind on Electchester Management, LLC, properties unless authorized to do so by management.

10. No one shall remove or take, for themselves or others, any items including bikes, furniture, appliances, bulk, housing materials, anything that was left behind in an apartment or found on any of the Electchester Management, LLC, properties. All removals from site must be approved in writing by the Manager only, including so called gifts from others.

11. Employees of Electchester Management, LLC, shall not be permitted to do **PRIVATE WORK** on any housing site. This is a direct conflict of interest and can lead to immediate suspension and/or termination.

12. Failure to adhere to a safety standard that could reasonably lead to injury to of the employee or others may be grounds for disciplinary action.

13. Personal appointments of any kind (including medical) should be schedule outside of working hours. If your appointment cannot be scheduled outside of working hours, it will be your responsibility to give a five-day notice form to management requesting vacation time -- no exceptions.

14. A copy of any jury duty notification you receive should be handed in to management promptly, which means no more than 24 hours after receipt or at the start of your next shift at the latest. If you are chosen for a jury, you should call the "person-on-call" or your Foreperson immediately and inform him or her of the expected duration of your service as best you know. Upon returning to work, you must bring official proof of your jury service.

15. There will be a chain of command in place. All workers under the supervision of the Foreperson shall bring any situation that may arise to his/her Foreperson. The Foreperson will then bring it to the Manager. If the Manager needs to bring it to his superior he will do so. No one can supersede this chain of command unless a request is made and approved in writing, there is an emergency, or another specific procedure is set forth in writing. This directive includes the Foreperson with respect to his or her Manager.

16. The emergency line is not to be used for personal calls.

17. Any employee who is found recording co-workers, management, or contractors who are working on-site may be terminated – this includes all types of audio or video recording, as well as all of photography on company time.

18. No employee may enter restricted areas or rooms without appropriate authorization.

19. Employees may not smoke in or around the buildings and properties or while working, except when on break or lunch, and then only in designated areas.

20. You must notify management in writing if you are convicted of any crime during your employment with Electchester Management, LLC.

21. When a voicemail appears on the after-hour's cell phone, all maintenance personnel must check it immediately and you must respond as well as log it. You must regularly check for missed calls and log all calls/time/building/name and telephone numbers.

22. All workers shall wear their uniforms and have their radios on. All uniforms must be worn while punching in and punching out. A minimum of four soiled uniforms must be placed in the dirty bin every week. While uniforms are supplied by management, it is the employee's responsibility to care for and not lose or abuse his or her uniform.

23. All employees must report any lease infraction of which they become aware – e.g., keeping dogs, installing additional appliances, subletting, or performing unauthorized construction work being performed on the property.

24. Other than your individual locker, storage of any personal property of any kind on Electchester Management, LLC, property is strictly prohibited.

25. Employees are not allowed to be in any room, supply room, or shop after hours or during their work shift unless they have a work ticket or are authorized by the Foreperson or Manager to be in that room or area.

26. All workers must report any unsafe work conditions -- including any lost broken, or worn equipment -- and must ask for any safety item they may need to perform the task at hand.

27. All workers must comply with all OSHA requirements including periodic physicals and attending classes.

28. Making false entries of any kind on the time clock is grounds for termination.

29. Knowingly receiving pay that was issued in error, and to which you are not entitled, will be considered theft and subject you to possible termination.

30. No employee may leave his or her assigned work area unless authorized by the Manager and or Foreperson (not by office personnel).

301. Finally, the most important item: **SAFETY IS ALWAYS FIRST.**

## EQUAL EMPLOYMENT OPPORTUNITY

Electchester Management, LLC, strictly adheres to a policy of equal employment opportunity in hiring, recruiting, training and development, work assignments, compensation, promotions and all other aspects of the employment relationship by prohibiting discrimination of any kind against any employee or applicant on the basis of religion, race, creed, color, sex, sexual orientation, gender identity, alienage or citizenship status, national origin, age, marital status, handicap, disability, qualified veteran status or any other characteristic protected by law. Each individual has the right to work in a professional environment that promotes equal opportunities and prohibits discriminatory practices.

Electchester Management, LLC, maintains personnel policies and practices that are consistent with the obligations imposed by Title VII of the Civil Rights Act of 1964, the Civil Rights Act of

5

1991, the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990 and all other applicable federal, state and local anti-discrimination laws as they may be amended from time to time. All employees are expected to cooperate to achieve the goal of a non-discriminatory and harassment-free workplace.

## REASONABLE ACCOMMODATION

Electchester Management, LLC, is committed to providing reasonable accommodation for (a) the legally cognizable disability of an employee, in order to facilitate that employee's performance of the essential functions of his or her job and (b) the religious beliefs and practices of an employee. Electchester Management, LLC, will engage in a dynamic interactive process to meet the reasonable accommodation requests of its employees. Electchester Management, LLC, is committed to honoring the reasonable accommodation requests of its employees so long as doing so does not impose undue hardship on its operations.

## HARASSMENT GENERALLY

All forms of illegal discrimination, including discriminatory harassment, are prohibited by Electchester Management, LLC, which is committed to maintaining a working environment free from discriminatory harassment, whether based on religion, race, creed, color, sex, sexual orientation, gender identity, alienage or citizenship status, national origin, age, marital status, handicap, disability, qualified veteran status or any other characteristic protected by law. It is a violation of law, and expressly against this policy, for any employee, or other person over whom Electchester Management, LLC, has control, to engage in any conduct that denigrates or shows hostility or aversion towards an individual because of his or her religion, race, creed, color, sex, sexual orientation, gender identity, alienage or citizenship status, national origin, age, marital status, handicap, disability, qualified veteran status or any other characteristic protected by law, and that (i) has the purpose or effect of creating a hostile working environment, (ii) has the purpose or effect of unreasonably interfering with an individual's work performance or (iii) otherwise adversely affects an individual's employment opportunities or working relationship with Electchester Management, LLC.

Examples of harassment may include, but are not limited to, making jokes focusing on an individual's religion, race, creed, color, sex, sexual orientation, alienage or citizenship status, national origin, age, marital status, handicap, disability, qualified veteran status or any other characteristic protected by law; using epithets or slurs; mocking, ridiculing or mimicking another's culture, accent, appearance or customs; and displaying sexually explicit or racially derogatory material. Furthermore, the use of the internet or e-mail system or other business equipment for the purposes of displaying or transmitting offensive or otherwise inappropriate material is strictly prohibited.

This policy applies to all harassment occurring in the work environment whether on Electchester Management, LLC, premises or off premises in work-related settings, such as during business travel or at employer-sponsored social functions, and applies regardless of the gender of the individuals involved or the hours that such conduct occurs. This policy covers all employees of Electchester Management, LLC, including applicants for employment and third parties over whom Electchester Management, LLC, has control.

6

## SEXUAL HARASSMENT SPECIFICALLY

Sexual harassment is not only a violation of Electchester Management, LLC, policy; it is also a violation of the law. Electchester Management, LLC, prohibits all forms of sexual harassment, including, but not limited to, unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature when it may reasonably be perceived that:

- submission to such conduct either is explicitly or implicitly a term or condition of employment;

- submission to or rejection of such conduct is used as a basis for employment decisions including, but not limited to, discharge or performance evaluation; or

- such conduct, whether committed by a supervisor or co-worker, has the purpose or effect of materially and adversely interfering with an individual's ability to perform a job by creating an intimidating, hostile, humiliating or sexually offensive working environment.

Examples of improper conduct may include, but are not limited to, unwelcome sexual advances, requests for sexual favors, rewards for granting (or punishment for not granting) sexual favors, sexual remarks or jokes; inappropriate touching, gesturing or physical interference which impedes or blocks another's movement; or demeaning posters, cartoons, photographs, or drawings.

## COMPLAINT PROCEDURE

It is the responsibility of every employee to further the implementation of the Electchester Management, LLC, policy forbidding discrimination, harassment, and sexual harassment by ensuring compliance with this policy. Anyone who believes that he or she has been discriminated against or subjected to discriminatory conduct or harassment that violates this policy, or believes that he or she has witnessed such conduct, is obligated to promptly report the incident to one of the following two individuals: 1st Tom Prezioso and than Nicole Rollins.

All complaints will be investigated promptly and thoroughly. Because discrimination, harassment and sexual harassment issues can be sensitive, reasonable efforts will be taken to protect the privacy of all parties involved. However, confidentiality cannot be assured because it may be necessary to discuss allegations with the accused individual and/or others in order for Electchester Management, LLC, to conduct a thorough investigation. As with any other investigation conducted by Electchester Management, LLC, employees involved in an investigation must:

- cooperate fully;

- be completely honest and forthcoming; and

- agree to limit the flow of information only to those who need to know as determined by Electchester Management, LLC.

7

If, after investigation, an employee is found to have engaged in unacceptable or unlawful discriminatory conduct, harassment and/or sexual harassment, Electchester Management, LLC, will take such prompt remedial action as it deems reasonably necessary under the circumstances to both stop the inappropriate conduct and prevent it from recurring in the future. Depending on the circumstances, appropriate remedial action may take the form of disciplinary action, up to and including termination of employment. If an investigation results in a finding that an employee knowingly submitted a fraudulent claim, or a witness knowingly made a false statement, disciplinary action may be taken, up to and including termination of employment.

## NON-RETALIATION

Employees should feel free to make a complaint of harassment, sexual harassment and/or discrimination without fear of reprisal. It is unlawful and expressly against Electchester Management, LLC, policy for any person to retaliate against any other person for making a complaint of discrimination, harassment and/or sexual harassment, or for cooperating in an investigation of any allegations of discrimination, harassment and/or sexual harassment. Accordingly, individuals who report incidents of discrimination, harassment and/or sexual harassment in good faith, or who cooperate in an investigation regarding any such allegations, will not be subject to any form of retaliation.

Any employee who believes that he or she has been retaliated against, or who believes that he or she has witnessed any form of unlawful retaliation, is required to report it immediately to his or her supervisor or, if the employee is uncomfortable doing so, then he or she should report the incident to Electchester Management, LLC. The reporting and investigation of allegations of retaliation will follow the procedures set forth above for the reporting and investigation of discrimination, harassment and/or sexual harassment. Any person found to have retaliated against an individual for reporting discrimination, harassment and/or sexual harassment, or for participating in an investigation of allegations of any such conduct, may be subject to disciplinary action, up to and including suspension and/or termination of employment. Any questions regarding this policy should be directed to Tom Prezioso.

8

ELECTCHESTER MANAGEMENT, LLC
Rules and Policies

Received:

*michael Belvin*

Employee Name (PRINT)

*Under Duress Michael Belvin*

Employee Name (SIGN)

*10/28/15*

Date

*Richardt, Bonnette*

Witness (PRINT)

Witness (SIGN)

*10/28/15*

Date

9